```
                              United States Bankruptcy Court
                                Middle District of Florida
In re:                                                         Case No. 19-01232-CCJ
Philip I. Trover                                               Chapter 7
Susan K. Trover
        Debtors                    CERTIFICATE OF NOTICE
District/off: 113A-6          User: hjeff               Page 1 of 5                  Date Rcvd: Feb 28, 2019
                              Form ID: 309A             Total Noticed: 198


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb         +Philip I. Trover,    Susan K. Trover,    7835 Skiing Way,    Winter Garden, FL 34787-6208
28084971        ADT Security Serv,    Pittsburgh, PA 15250-7878
28084972        Aldo and Crystal Adamo,    2016 Marisa Ct.,    Box 328,    Brights Grove, ON NON 1C0,    Canada
28084973        Alex and Camille Edwards,    2270 Glazebrook Cir.,    Oakville, Ontario L6M 5B5,    Canada
28084975       +Amanda Alves de Lima,    Baptista dos Santos,    322 W. 57th St.,    Apt. 46V,
                 New York, NY 10019-8800
28084977       +American Express,    c/o Modlin Slinsky, PA,    1551 Sawgrass Corporate Park,    #110,
                 Fort Lauderdale, FL 33323-2832
28084976       +American Express,    c/o Lisa DiSalle, Esquire,    9550 Regency Sq. Blvd,
                 Jacksonville, FL 32225-8116
28084979       +American Security Insurance,    260 Interstate N. Circle, SE,    Atlanta, GA 30339-2210
28084983       +Amy kartch,    Fernando Garcia,    732 Duxbury Lane,    Bartlett, IL 60103-4560
28084985       +Anthony Mazzella,    7239 River Road,    Olmsted Falls, OH 44138-1509
28084984       +Anthony and Diane Grega,    22 Clearlake Rd.,    Whiting, NJ 08759-2994
28084986       +Antonio Gulmaraes,,    Carlos Tavaos Brito,    322 W.57th St. Apt.46V,    New York, NY 10019-8800
28084987       +Antonio Silva,    21200 NE 38th Ave.,    Apt. 1002,    Ventura, FL 33180-3756
28084988       +Anudeep& Siri de Lang Parhar,    3602 Woddland Ct,    Saint Paul, MN 55123-2473
28084989       +Arcadia Estates Community,    c/o Assoc managmnt Grp of Ce,    101 Park Place Blvd,    Ste 2,
                 Kissimmee, FL 34741-2322
28084991       +Augusto Fonseco Neto,    322 W.57th St. Apt.46V,    New York, NY 10019-8800
28084999        BB&T,    c/o Weltman Reis Co LPA,    POB 93784,    Cleveland, OH 44101-5784
28084995       +Bank of America,    c/o Aldrige Pite LLP,    1615 South Congress Ave.,    Ste. 200,
                 Delray Beach, FL 33445-6326
28084996        Bank of America,    c/o Anthony Loney, Esq.,    One East Blvd.,    Ste. 1430,
                 Fort Lauderdale, FL 33301
28084997        Barry Corbett,    2044 Dhahran Ave. POB 7700,    11 Plus Mail Center Udhailli,
                 Saudi Aramco 31331,    Saudi Arabia
28084998       +Bassnett Holdings LLC,    121 Morris Branch,    Cary, NC 27519-7103
28085001        Beth Graff,    7805 Basnett Circle,    Kissimmee, FL 34747
28085002       +Bk Of Amer,    4909 Savarese Circle,    Tampa, FL 33634-2413
28085004       +Bridge Commercial Real Estat,    Five Concourse Pkwy,    Ste. 500,    Atlanta, GA 30328-6101
28085017        CNA Recovery Services/SIU,    c/o CISCO , Inc.,    POB 801088,    Houston, TX 77280-1088
28085018       +CNA Specialty Claim,    POB 8317,    Chicago, IL 60680-8317
28085006       +Carlos Felce,    Five Star Bears,    350 Park Ave., 29th FL,    New York, NY 10022-6040
28085007       +Carlos Silva,    21200 NE 38th Ave.,    Apt.804,    Aventura, FL 33180-3754
28085008       +Celebration Center Virtual M,    1420 Celbration Blvd.,    Ste. 200,    Kissimmee, FL 34747-5162
28085011       +Chase Bank,    c/o MRS,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
28085009       +Chase Bank,    c/o MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
28085010        Chase Bank,    c/o Nationwide Credit,    POB 14581,    Des Moines, IA 50306-3581
28085013       +Chris  and Frank Vadino,    1001 Lower Landing Rd.,    Ste. 203,    Blackwood, NJ 08012-3121
28085014        Christopher McQuaigure &,    Tom Michaelis,    Brookfield LaRue du Frquet,
                 Castel Guersney GY57SU,    United Kingdom
28085015       +Christopher Sulzbach,    Four Star,    POB 8098,    Turnersville, NJ 08012-8098
28085016       +Classe Orl Vacation Home,    21200 NE 38th Ave.,    Apt. 1002,    Aventura, FL 33180-3756
28085019        Colin & Allison Burns,    c/o Marley, Hunter & Winston,    6936 W. Lindburg Ave.,    Ste 101,
                 Tampa, FL 33625
28085020        Colin and Allison Burns Orr,    9 Old Stocks Ct.,    Upper Basildon Berks VG88TD,
                 United Kingdom
28085022       +DAN AND ESTELLE ADAMS,    POB 291,    Bomoseen, VT 05732-0291
28085023        Dan Washburn,    17138 Picketts Lane Rd.,    Orlando, FL 32820
28085024       +Daniel & Terry Miller,    1895 Hill St.,    Chittenango, NY 13037-9538
28085025       +Danny Singer,    4362 Windridge Ct.,    West Bloomfield, MI 48323-3158
28085027       +David Harkins,    31400 Winter Place Parkway,    Ste. 400,    Salisbury, MD 21804-2014
28085026       +David and Leslie Grimm,    8148 Grafton End,    Dublin, OH 43016-9495
28085028       +Davinci Estate Properties LL,    c/o Marcadis Singer PA,    5104 S. Westshore Blvd.,
                 Tampa, FL 33611-5650
28085030       +Deutsche Bank National Trust,    c/o Willnae LaCroix, Esq.,    1501 NW 49th Street,    Ste. 200,
                 Fort Lauderdale, FL 33309-3723
28085031        Diane Rutland,    Penrose House,    Patmore Heath,    Albury Ware SG11 2LT,    United Kingdom
28085032       +Discover Bank,    c/o Zwicker & Associates,    10751 Deerwood Park Blvd,    Ste. 100,
                 Jacksonville, FL 32256-4835
28085034       +Donald and Shella Preston,    5535 Old Goodrich Rd.,    Clarence, NY 14031-1223
28085035       +Dr. Harry Sahi,    1740 Eliza Way,    Mechanicsburg, PA 17050-1683
28085036       +Edward and Sandra Frowley,    10 Smith Manor Blvd.,    Apt.814,    West Orange, NJ 07052-4237
28085037        Eero Kinnunen,    Arabiankatu 5D 30,    00560 Helsinki,    Finland
28085039     ++++FIVE STAR BEARS, LLC,    C/O STEPHEN B.GEBELOFF, ESQU,    1001 W YAMATO RD STE 311,
                 BOCA RATON FL  33431-4403
                 (address filed with court: FIVE STAR BEARS, LLC,    c/o Stephen B.Gebeloff, Esqu,
                 1001 Yamato Road,    Ste. 302,    Boca Raton, FL 33431)
28085038       +Fan Zhang,    7961 Millbrook Ave.,    Dublin, CA 94568-1407
28085040       +Five Star Bears, LLC,    7846 Palmilla Court,    Kissimmee, FL 34747-6417
28085043        Florida Hospital,    POB 865516,    Orlando, FL 32886-5516
28085045       +Florida Hospital Orlando,    POB 24013,    Chattanooga, TN 37422-4013
```

```
District/off: 113A-6              User: hjeff                   Page 2 of 5                   Date Rcvd: Feb 28, 2019
                                  Form ID: 309A                 Total Noticed: 198


28085046       +Ford Motor Credit,    c/o Solomon, Vigh, PA,    POB 3275,    Tampa, FL 33601-3275
28085047       +Ford Motor Credit,    c/o Solomon, Ginsberg& Vigh,     POB 3275,    Tampa, FL 33601-3275
28085049       +Four Star Investment Prop.,     POB 8098,   Blackwood, NJ 08012-8098
28085050        Gary & Leslie Porter,    38 Lord Ave.,    Clayhall IIford London Engla,     United Kingdom
28085051       +George Chen,   Formosa Developers,     7830 W. Irlo Bronson Hwy,     Kissimmee, FL 34747-1735
28085052        George Rossi,    6 Bridle Lane,    Mount Laurel, NJ 08054-3052
28085053        Ghali Living Trust,    Magod Ghali,    5 Benoit,    Kirkland, Quebec H9H5H8,     Canada
28085054        Glen & Belinda Miller,    71 Nepean Hwy,    Aspen Dale Victoria 3195,     Canada
28085055       +Grant Irwin,    POB 759,   Captiva, FL 33924-0759
28085056        Greg Hebert,    105 Oak Bluff,    Brandon, Manitoba R7C1A3,    Canada
28085058        Gregory & Jennine Rheaume,     110-1510 Eldridge Pkwy,    Houston, TX 77077
28085059       +H. Warren Johnson,    Jing S. Xu,    11423 Pine Knoll Dr.,    Houston, TX 77099-2609
28085061        Husain and Nafeesa Yousuf,     11 Pollard Rd.,    Morden London SM4 6EG,    United Kingdom
28085069       +ISSA,   c/o Pearson Bittman LLP,     Kristen M. Cresenti, Esq.,     485 N. Keller Rd, Ste 401,
                 Maitland, FL 32751-7575
28085070       +ISSA HOLDINGS, lLLC,    950 CELEBRATION BLVD,     Kissimmee, FL 34747-4452
28085072       +ISSA Homes,    950 Celebration Blvd.,    Ste. F,    Kissimmee, FL 34747-4452
28085071       +ISSA Homes,    950F Celebration Blvd.,    Celebration, FL 34747-4452
28085063       +Ida Sinazzola,    17335 Carlyle Ct.,    Tinley Park, IL 60487-5826
28085066        Isabelle Leclerq,    Rue Beauregard 132,    Charneux 4564,    Belgium
28085067       +Isles of Lake Hancock HOA,     c/o DHN Attorneys PA,    Ryan Fong, Esquire,     3203 Lawton Rd #125,
                 Orlando, FL 32803-2935
28085068       +Isles of Lake Hancock HOA,     c/o Assco. Solutions of Cent,     811 Mabbette St.,
                 Kissimmee, FL 34741-5155
28085073       +Ivan International LLC,    Marcelo,    762 SW 18th Ave.,    Miami, FL 33135-3495
28085085      ++++JOEL SCHWARTZ,    C/O STEPHEN B. GEBELOFF, ESQ,     1001 W YAMATO RD STE 311,
                 BOCA RATON FL   33431-4403
               (address filed with court: Joel Schwartz,      c/o Stephen B. Gebeloff, Esq,     1001 Yamato Rd,
                 Ste. 302,    Boca Raton, FL 33431)
28085075        James Dowling,    1455 Lakeshore Drive,    201 S. Burlington,Ontario L7,     Canada
28085076        James F. Kilpatrick,    54 Joseph Duggan Rd,    Toronto Ontario M4L3Y2,     CANADA
28085074       +James and Daverene Watkins,     6101 Fairlong Run,    Acworth, GA 30101-8415
28085077        Jamie and Collette Saitch,     23 Great Wheatley Rd.,    Rayleidh Essex SS6 7AW,     United Kingdom
28085078       +Jason and Ryan Cole,    2396 W. State Route 245, W.,     West Liberty, OH 43357-9643
28085079       +Jaya  and Kalyannal Singhal,     11317 Ridermark Row,    Columbia, MD 21044-5704
28085080       +Jerry & Shirley Heavlin,    1140 S.W Huntington,     Blue Springs, MO 64015-8902
28085081        Jim Dowling,    1386 Winterberry Drive,    Burlington, Ontario L7P4T6
28085082       +Jim Dowling,    c/o Asma & Asma, PA,    884 S. Dillard Street,     Winter Garden, FL 34787-3910
28085083        Joanne Hendrick,    James Takacs,    561 Canboro Rd.,    Fenwick ON L0S 1C0,    Canada
28085084        Joe Rothfus,    660 Celebration Ave.,    Apt. 260,    Celebration, FL 34747-4928
28085086       +Joel Schwartz,    48713 Hayes Rd.,    Utica, MI 48315-4404
28085087       +John Roach,    139 Michigan Circle,    Boca Raton, FL 33487-1576
28085088        John Silva & Tiffani Kaliko,     137 Mevarais Drive,    Charlotte, NC 28211
28085089       +Jonathan & Gwen Nitisusanta,     10048 Brandon Circle,    Orlando, FL 32836-3714
28085090        Jonathan & Samantha Walker,     Highfield,   Middle Warberry Rd.,     Torquay TQ1 1RS,
                 Unieted Kingdom
28085092       +Kaliko/Silva,    c/o Maughn Law Grp,    1101 Perrywinkle Way,     Ste 103,   Sanibel, FL 33957-4708
28085093        Karjardi Gunawan,    Weny Wihardjo,    1/51,   Jakarta,    Indonesia
28085094        Karl & Joan Murray,    12 Hurst Ave.,    Chinsford London E48DW,     United Kingdom
28085095       +Keith Lavan,    WLW Estates LLC,    49 McCollum Dr.,    Clark, NJ 07066-2217
28085097       +Khalid Sodha,    2869 W. Walnut Hill Lane,    # 2111,    Irving, TX 75038-7387
28085098       +Kurt Christianson,    513 Teal Dr.,    Chatham, IL 62629-9792
28085100       +Lee County Tax Collector,     POB 630,   Fort Myers, FL 33902-0630
28085101       +Leslie and jane Ingraham,     72 State Road 88,    Newark, NY 14513-9180
28085103        Lorimer Tucher,    Penrose House,    Patmore Heath,    Albury Ware SG11 2LT,    United Kingdom
28085104        Lornna Tagliavini,    Paul Williams,    200 Hainault Rd.,    London E11 1EP,    United Kingdom
28085109        Mark and Kathleen Fortenot,     c/o Robert C. Chilton, Esq.,     POB 9498,
                 Winter Haven, FL 33883-9498
28085108       +Mark and Kathleen Fortenot,     516 Deer Park Trail,    Lafayette, LA 70508-7859
28085110        Melvin and Stephanie Hand,     2 Station Rd.,    Moortown Lincolnshire LN76HZ,     United Kingdom
28085111        Morris Peterson,    2111 Westlake Shore Blvd,    Townhome 6,    Toronto ON M8V4B2,     Canada
28085112       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,     Coppell, TX 75019-4620
28085114       +Mr. Cooper,    c/o RAS Law,    6409 Congress Ave.,    Ste. 100,    Boca Raton, FL 33487-2853
28085115        Naill and Anne Howard,    62 Barnton Park View,     Edinburgh SH4 611J,    United Kingdom
28085116        Nat & Linda Tonelli,    55 McArethur Drive,    Millville, NJ 08332-9626
28085117        Nigel and Lisa Dunnungton,     Jepps Barn, Jepps Lane,    Lancashire PR3 5AR,     United Kingdom
28084970       +ONEC Vacation Homes LLC,    21200 NE 38th Ave.,     Apt. 1002,    Aventura, FL 33180-3756
28085120       +Omar Brown,    11421 Cypress Bay St.,    Clermont, FL 34711-7368
28085121       +Orange County Florida,    c/o Adolphus A. Thompson, E.,     201 S. Rosalind Ave.,     3rd Floor,
                 Orlando, FL 32801-3527
28085123        Paul & Tina LaPolice,    4807 Ellard Way,    Regina,SK,S4X4T2,     Canada
28085124        Paul Anthony Williams,    200 Hainault,    London E11 1EP,    United Kingdom
28085125        Paul Baron,    39 Henry Corson Place,    Markham, ON L3P 3E8,     Canada
28085126       +Penny Magnuson,    14008 Heather Street NW,    Andover, MN 55304-7547
28085129       +Peter Thomas & Wendy Lee,    15150 Memorial Drive,     Houston, TX 77079-4304
28085127        Peter and Nanacy Kuk,    58 Bonnersfield Close,     Harrow,Middlesex HA13LQ,     England
28085128       +Peter and Sharon Krause,    11690 Paciocco Ct.,     Plymouth, MI 48170-2870
28085130       +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
28085131       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
```

```
District/off: 113A-6          User: hjeff                  Page 3 of 5                   Date Rcvd: Feb 28, 2019
                              Form ID: 309A                Total Noticed: 198


28085134      +Ponto Orlando vacation Homes,    21200 NE 38th Ave.,     Apt. 1002,    Miami, FL 33180-3756
28085137      +Renan & Jeanette Rulecio,    10 Claremont Lane,    Coto de Caza, CA 92679-4935
28085138       Richard Newbery,    Treasure Island LLP Swanston,     108 Swanston Rd,    Edinburgh Scotland EH107,
                 Scotland
28085139      +Rick and Annamarie Pisano,    6 Tanner Ct.,    W. Windsor, NJ 08550-3306
28085141       Rio Verde Investments LLC,    7901 Kingspointe Prkwy,    Orlando, FL 32819-6523
28085143      +Robert and Rosita Borowski,    1524 SE 9th Street,    Deerfield Beach, FL 33441-5834
28085144       Roger Pratt &,   Jacqueline Robson,    20 Sapphire Drive,    Kukby in Ashfield Nottingham,
                 United Kingdom
28085145      +Rolling Hills Estates HOA,    c/o Jared Block, Esquire,    1855 Griffen Road,    Ste. A-423,
                 Dania, FL 33004-2209
28085146      +Rolling Hills HOA,    c/o James Mcsweeney,    2620 Star Lake View,    Kissimmee, FL 34747-2509
28085147      +Ronald and Debbie Leclercq,    221 New London Tpke,    Richmond, RI 02898-1019
28085148       Rui Eduardo Wirth Schurmann,    Rua Balei Jubarte,    242 S1 O6,    88215-000 Bombinahas SC,
                 Brasil
28085149      +Ryan and Rae Anne Barry,    191 Van Houlan Ave.,    Wyckoff, NJ 07481-2421
28085150       Scot Saltstone,    24 Pebble Beach Drive,    Callendar ON, P0H 1H0,    Canada
28085151       Scott & Sue Bergston,    933 Weathermore Trce,    Hoschton, GA 30548-3486
28085152       Scott Hedrick,    5616 Granny White Pike,    Brentwood, TN 37027-4133
28085153       Senapala Pathiraja,    177 Birchlawn Rd.,    Bolton ON L7E 3W3,    CANADA
28085154       Shane and Naomi Lewis,    15A Coal Point Rd, NSW,    New South Wales 2283,    Australia
28085155       Sheriff Investmnet Group,    5616 Granny White Pike,    Brentwood, TN 37027-4133
28085158       Sonia and Benjie Thomas,    Indra Lee,    333 Bay Stree    Ste. 4600,    Toronto ,Ontario M5H2S5,
                 Canada
28085159      +Square,    Dept. 691,   POB 4115,    Concord, CA 94524-4115
28085160      +State of FLComm.on Ethics,    PO Drawer 15709,    Tallahassee, FL 32317-5709
28085161      +State of Florida Commission,    325 John Knox Rd.,    Ste. 200,    Tallahassee, FL 32303-4114
28085162      +Steve and Catherine Tjia,    4618 91st Street,    Lubbock, TX 79424-5036
28085163      +Stillwell Investments Inc,    Sandy,    POB 848,   Captiva, FL 33924-0848
28085164      +Susan & Jeffrey Roberts,    16 Mt. Eagle,    Penfield, NY 14526-9552
28085166      +The Enclave at Windsor HOA,    c/o John L. DIMASI, PA,    801 N. Orange Ave.,
                 Orlando, FL 32801-1026
28085167      +Therese Grossi,    Paul Skult,    17211 Willow Ridge Ct.,    Northville, MI 48168-8407
28085168       Thomas Leclercq,    Rue Beaurgard 132,    Charneux 4654,    Belgium
28085169      +Tien Hay Oei,    c/o SOTO LAW,    415 Montgomery Rd,    Ste.111,
                 Altamonte Springs, FL 32714-6814
28085171      +Tom and Debbie Battistella,    14229 Kilbourn Ave.,    Crestwood, IL 60418-2674
28085172       Tracie Marriner,    Poulace Properties LTD,    Trixover Lodge Hall Lane,    Rutland PE9 3QJ,
                 England
28085173      +Tracy Stein,    Prestigue Management LLC,    3208 E. Colonial Dr. #203,    Orlando, FL 32803-5127
28085174      +US Bank,    C/O ABERTELLI lAW,    POB 23028,   Tampa, FL 33623-2028
28085175      +US Bank NA,    c/o Albertelli Law,    POB 23028,   Tampa, FL 33623-2028
28085178       USAA,   c/o Mercantile,    165 Lawrence Bell Drive.,    Ste. 100,    Buffalo, NY 14221-7900
28085177       USAA,   c/o ALL TRAN Financial,    POB 722927,    Houston, TX 77272-2929
28085180      +Walter Winshall,    2003 Family Irrevocable trus,    c/o Arnie Winshall tristee,    3 Ferndale Rd.,
                 Weston, MA 02493-2233
28085181      +Waypoint Resource Group,    Attn: Bankruptcy,    Po Box 1081,    San Antonio, TX 78294-1081
28085182      +Webster Platinum 1 Vacation,    6101 fairlong Run,    Acworth, GA 30101-8415
28085183      +Wells Fargo Vendor Finance S,    POB 105710,    Atlanta, GA 30348-5710
28085184      +Westfield Insurance,    Brown & Brown,    7009 DR. Phillips Blvd.,    Ste.280,
                 Orlando, FL 32819-5124
28085185       Xenia Marie and Brad Limited,    17 Oramnde Rise,    Buckhurst Hill,    IG9 5QQ,    United Kingdom
28085186       Yolanda Srdoc,    76 Cimarron Cresent,    Ottawa ON K2G 6C9,    Canada
28085165      +terry Denney,    Seven Rivers Prop LLC,    W. 2703 Lake Rd.,    West Salem, WI 54669-9042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ccrowe@bcnlawfirm.com Feb 28 2019 23:40:01      K Wade Boyette, Jr.,
                 Boyette Law Offices, P.A.,    1635 East Highway 50,    Suite 300,    Clermont, FL  34711
tr            +EDI: QMEHENKEL.COM Mar 01 2019 04:28:00      Marie E. Henkel,    3560 South Magnolia Avenue,
                 Orlando, FL 32806-6214
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Feb 28 2019 23:40:43
                 United States Trustee - ORL7/13,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
28084978       EDI: HNDA.COM Mar 01 2019 04:28:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
28085060       EDI: HNDA.COM Mar 01 2019 04:28:00      Honda Financial Services,    POB 60001,
                 City of Industry, CA 91716-0001
28084974      +EDI: GMACFS.COM Mar 01 2019 04:28:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
28084980      +EDI: AMEREXPR.COM Mar 01 2019 04:28:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
28084992       EDI: BANKAMER.COM Mar 01 2019 04:28:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
28085000      +E-mail/Text: bankruptcy@bbandt.com Feb 28 2019 23:40:40      BB&T Corporation,
                 Attn: Bankruptcy,    Po Box 1847,    Wilson, NC 27894-1847
28084994       E-mail/Text: cms-bk@cms-collect.com Feb 28 2019 23:40:44      Bank of America,
                 c/o Capital Management,    698 1/2 Ogden Street,    Buffalo, NY 14206-2317
28085012      +EDI: CHASE.COM Mar 01 2019 04:28:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
```

```
District/off: 113A-6              User: hjeff                   Page 4 of 5                   Date Rcvd: Feb 28, 2019
                                  Form ID: 309A                 Total Noticed: 198


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
28085021       +EDI: CCS.COM Mar 01 2019 04:28:00      Credit Collection Services,   Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
28085029       +E-mail/Text: flbkecf@brockandscott.com Feb 28 2019 23:41:10      Deutsche Bank NA,
                 c/oBrock & Scott,    1501 NW 49th Ste.,    Ste. 200,   Fort Lauderdale, FL 33309-3723
28085033       +EDI: DISCOVER.COM Mar 01 2019 04:28:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
28085041       +E-mail/Text: cashiering-administrationservices@flagstar.com Feb 28 2019 23:41:39
                 Flagstar Bank,    Attn: Bankruptcy,    5151 Corporate Drive,   Troy, MI 48098-2639
28084968        EDI: FLDEPREV.COM Mar 01 2019 04:28:00      Florida Department of Revenue,   Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
28085044       +EDI: CAPIO.COM Mar 01 2019 04:28:00      Florida Hospital,   c/o MBA LAW,   POB 3269,
                 Sherman, TX 75091-3269
28085048       +EDI: FORD.COM Mar 01 2019 04:28:00      Ford Motor Credit Co, LLC,   POB 6508,
                 Mesa, AZ 85216-6508
28085065        EDI: IRS.COM Mar 01 2019 04:28:00      Internal Revenue Service,   P O Box 21126,
                 Philadelphia, PA 19114
28085102       +EDI: FORD.COM Mar 01 2019 04:28:00      Lincoln Automotive Financial Service,   Attn: Bankruptcy,
                 Po Box 542000,    Omaha, NE 68154-8000
28085105       +E-mail/Text: lossrecoveryteam@growfinancial.org Feb 28 2019 23:41:44
                 Macdill Air Force Bk/Grow Financial FCU,    Attn: Bankruptcy,   Po Box 89909,
                 Tampa, FL 33689-0415
28085118       +Fax: 407-737-5634 Feb 28 2019 23:58:55      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
28084967       +E-mail/Text: Bankruptcy@octaxcol.com Feb 28 2019 23:40:22      Orange County Tax Collector,
                 PO Box 545100,    Orlando FL 32854-5100
28085135       +EDI: PRA.COM Mar 01 2019 04:28:00      Portfolio Recovery,   Po Box 41021,
                 Norfolk, VA 23541-1021
28085136       +E-mail/Text: bkdepartment@rtresolutions.com Feb 28 2019 23:41:16      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,   Dallas, TX 75235-1655
28085176        EDI: USBANKARS.COM Mar 01 2019 04:28:00      US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
                 Cincinnati, OH 45201
28085179       +EDI: USAA.COM Mar 01 2019 04:28:00      Usaa Federal Savings Bank,   Attn: Bankruptcy,
                 10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28084990        Arcadia Estates HOA
28085003        Brad Liebmann
28085005        Carl Foster
28085057        Greg Karas Karas Realty
28085062        Ian Caswell
28085064        Indra Lee Lemmrijise
28085091        Joseph & Angela Norris,    Judd Holmes Judd Holme Lane,   Chippling Preston PR3 2th
28085099        Laurence Hawkins,    88 The Villas,   Trincity,   Trinidad&Tohgo
28085106        Mari Carmen
28085107        Maria Riquelme Pons,    AVLeopoldo Aquerrevere,   Res Parque Santa Fe Apt 104,
                 Saante Fe Norte Caracas 1080
28085122        Panher Anudeep
28085133        Pompillio Amador
28085140        Rick Gregorsky
28085142        Rob and Amy Farrell
28085156        Shin & Syung Kim
28085157        Son
28085170        Todd Freitag
28084981*      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
28084982*      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
28084993*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998)
28085042*       Florida Dept. of Revenue,    Bankruptcy Unit,   POB 6668,   Tallahassee, FL 32314-6668
28084969*       Internal Revenue Service,    Post Office Box 7346,   Philadelphia PA 19101-7346
28085113*      +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
28085132*      +Pnc Mortgage,   Attn: Bankruptcy,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
28085096      ##+Kenneth Cavallari,    1541 Hidden CV.,   Virginia Beach, VA 23454-1417
28085119      ##+Omar Afzal,   3635 S. McIntosh Ct.,    New Berlin, WI 53151-5229
                                                                                   TOTALS: 17, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 113A-6           User: hjeff                 Page 5 of 5                  Date Rcvd: Feb 28, 2019
                               Form ID: 309A               Total Noticed: 198
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

```
          K Wade Boyette, Jr.    on behalf of Joint Debtor Susan K. Trover ccrowe@bcnlawfirm.com,
           wboyette@bcnlawfirm.com;kcostello@bcnlawfirm.com;drabrams620@gmail.com;r53138@notify.bestcase.com
          K Wade Boyette, Jr.    on behalf of Debtor Philip I. Trover ccrowe@bcnlawfirm.com,
           wboyette@bcnlawfirm.com;kcostello@bcnlawfirm.com;drabrams620@gmail.com;r53138@notify.bestcase.com
          Marie E. Henkel    mehenkel@yahoo.com, mhenkel@ecf.epiqsystems.com
          United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Philip I. Trover**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6222**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Susan K. Trover**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5520**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter   **7**   **2/27/19** |
| Case number:   **6:19–bk–01232–CCJ** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Philip I. Trover | Susan K. Trover |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7835 Skiing Way<br>Winter Garden, FL 34787 | 7835 Skiing Way<br>Winter Garden, FL 34787 |
| 4. | **Debtor's attorney**<br>Name and address | K Wade Boyette Jr.<br>Boyette Law Offices, P.A.<br>1635 East Highway 50<br>Suite 300<br>Clermont, FL 34711 | Contact phone (352) 394–2103<br>Email:  ccrowe@bcnlawfirm.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806 | Contact phone 407–438–6738 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page 1

Debtor **Philip I. Trover** and **Susan K. Trover**                                                                 Case number **6:19–bk–01232–CCJ**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: February 28, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **April 2, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**George C. Young Courthouse, Suite 1202–A, 400 West Washington Street, Orlando, FL 32801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: June 3, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |