[dntcclm] [Notice of Claim]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                                    Case No. 6:19–bk–01232–CCJ
                                                          Chapter 7

Philip I. Trover

Susan K. Trover

_____Debtor(s)_____/          NOTICE OF CLAIM FILED BY TRUSTEE

TO:

GEORGE A. KARAS
427 RANELAGH DRIVE
WAXHAW, NC 28173

    Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on April 29, 2019, in the amount of $21,219.39.

        Dated April 29, 2019.

                            Sheryl L. Loesch, Clerk of Court
                            George C. Young Federal Courthouse
                            400 West Washington Street
                            Suite 5100
                            Orlando, FL 32801
        Copies furnished to:
        Debtor
        Debtor's Attorney
        Trustee
        GEORGE A. KARAS
        427 RANELAGH DRIVE
        WAXHAW, NC 28173